UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Duane Anthony Oreskovic, Sr.                    23-24034-kmp

Debtor                                          Chapter 13

ORDER CONTINUING AUTOMATIC STAY

The above-captioned debtor, Duane Anthony Oreskovic, filed the above-captioned case on September 1, 2023, following the dismissal of his previous case, 22-21561, on October 26 2022. Because the automatic stay of 11 U.S.C. § 362 would expire thirty (30) days after the filing of the case unless the court determined that the case had been filed in good faith, the debtor properly brought a Motion to Continue the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) on March 14, 2023, and served all creditors. No timely objections were filed. Based on the record before it and considering the totality of the circumstances, the court has determined the case was commenced in good faith.

IT IS THEREFORE ORDERED: The debtor's motion to continue the automatic stay is GRANTED and the automatic stay will remain in effect as to all creditors, without prejudice to the rights of creditors to seek relief from the automatic stay.

#####